USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/18/2019_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN S. SHEPARD FAMILY TRUST, through John S. Shepard and Lawrence Jaffe, as Co-Trustees,

          Plaintiff,

-against-

NH HOTELS USA, INC., and NH HOTEL GROUP, S.A.,

          Defendants.

19 Civ. 9026 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that the initial pretrial conference scheduled for December 19, 2019 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: December 18, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge